IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BERNON L. HOWERY, # B-12703,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 14-cv-1133-JPG |
| ) | |
| **MICHAEL ATCHINSON,** ) | |
| **OFFICER GLANDNEY (GLADNEY),** ) | |
| **OFFICER NEWS,** ) | |
| **UNKNOWN PARTY (Property Clerk),** ) | |
| **and NICK SIEVER,** ) | |
| ) | |
| **Defendants.** ) | |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge J. Phil Gilbert, and the following decision was reached:

**IT IS ORDERED** that Plaintiff shall recover nothing, and the action be **DISMISSED on the merits with prejudice,** the parties to bear their own costs.  This dismissal shall count as one of Plaintiff's three allotted "strikes" under 28 U.S.C. § 1915(g).

**DATED**: November 19, 2014

JUSTINE FLANAGAN, ACTING CLERK

By: s/ Tanya Kelley
Deputy Clerk

APPROVED:   s/J. Phil Gilbert
J. Phil Gilbert
United States District Judge